UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEYRON LAMONTE BINNS,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GENERAL LIFE AND ACCIDENT INSURANCE CO., et al.,<br><br>Defendants. | No.  2:20–cv–1120–TLN–KJN PS<br><br>ORDER<br><br>(ECF No. 16.) |

  Plaintiff moves for the court to appoint counsel in his civil action against his insurer. (ECF No. 16.)  It is "well-established that there is generally no constitutional right to counsel in civil cases."  United States v. Sardone, 94 F.3d 1233, 1236 (9th Cir. 1996).  There are no exceptional circumstances warranting the appointment of counsel in this case.  Although the court is sympathetic to the difficulties faced by pro se litigants in litigating their own cases in federal court, the court has extremely limited resources to appoint attorneys in civil cases.  Here, plaintiff's claims against his insurer are not unusually complex and can be reasonably prosecuted by a pro se plaintiff.  As such, plaintiff's motion for appointment of counsel is DENIED.

Dated:  September 10, 2020

                /s/ Kendall J. Newman
                KENDALL J. NEWMAN
                UNITED STATES MAGISTRATE JUDGE

binn.1120

1